**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2149**

MICHAEL HALL,

            Plaintiff - Appellant,

      v.

QUEST MANAGEMENT GROUP LLC,

            Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, District Judge. (1:11-cv-02190-ELH)

Submitted: December 20, 2012        Decided: December 26, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Hall, Appellant Pro Se. Eileen Carr Riley, Larry Robert Seegull, JACKSON LEWIS, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hall appeals the district court's order granting summary judgment to his former employer and dismissing Hall's action alleging employment discrimination under Title VII of the Civil Rights Act of 1964, as amended. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Hall's informal brief does not challenge the basis for the district court's disposition, Hall has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED